UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

2010 JAN 27 AM 10: 57

| | |
|---|---|
| JUSTIN ALEXANDER BROCK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LYNN MARIE GRAY and JOHN )<br>GRAY, )<br>)<br>Defendants. ) | Case No. CV409-158 |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 27th day of January, 2010.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA